**Disclaimer**: This email is intended only for the personal and confidential use of the recipient(s) named above.  If the reader of this email is not an intended recipient, you have received this email in error and any review, disseminiation, distribution or copying is strictly prohibited.  If you have received this email in error, please kindly notify the sender immediately by return email and permanently delete the copy you received. Thank you.

---

**From:** Frank Flynn [mailto:frank@frankflynncpa.com]
**Sent:** Monday, April 23, 2012 3:28 PM
**To:** Sharon C. Fletcher
**Subject:** FW: RSB account holds

FYI.


Francis P. Flynn CPA

Francis P. Flynn CPA PC
224 Fair Street
Kingston, NY  12401
v (845) 340-7999
f (845) 340-7998

---

**From:** Barbara O Brien [mailto:barbara@levonhelm.com]
**Sent:** Monday, April 23, 2012 3:10 PM
**To:** Frank Flynn
**Subject:** Re: RSB account holds

Hi, Frank.

Thanks so much.  You conducted the meeting graciously, fairly and with sanity.  I'm glad Sandy was enlightened.  Amy JUST left my office.  She took a check for $10,000 and said that will help "as a start".  She also started worrying that the estate would be left in Sandy's hands, to make sole decisions and that worries her.

The calculating and analyzing and plotting wears me out.



3

---------- **Original Message** -----------
From: "Frank Flynn" <frank@frankflynncpa.com>
To: "'Barbara O Brien'" <barbara@levonhelm.com>
Sent: Mon, 23 Apr 2012 13:47:59 -0400 (EDT)
Subject: RSB account holds

> Barbara,
>
> I spoke with Scott Jordan, he is Sean's boss, about the account holds.  I asked him to reconsider the hold on the Trek.  He'll get back to me by Wednesday.  I am pretty sure that it will be lifted although we may need to set aside enough money to pay the loan ahead a few months.
>
> The bank, like the rest of us, is concerned that without performance income there is not enough to keep things going.
>
> Thought the meeting went as well as could be expected.  I like the positive aspects that came out.
>
> Frank
>
>
>
>
>
> Francis P. Flynn CPA
>
> Francis P. Flynn CPA PC
> 224 Fair Street
> Kingston, NY  12401
> v (845) 340-7999
> f (845) 340-7998
>
------- **End of Original Message** -------

4