

# United States of America

### United States Patent and Trademark Office

## Midnight Ramble

**Reg. No. 3,985,535**
**Registered June 28, 2011**

LEVON HELM STUDIOS, INC. (NEW YORK CORPORATION)
160 PLOCHMANN LANE
WOODSTOCK, NY 12498

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ENTERTAINMENT IN THE NATURE OF VISUAL AND AUDIO PERFORMANCES, NAMELY, MUSICAL BAND, ROCK GROUP, GYMNASTIC, DANCE, AND BALLET PER-FORMANCES; ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PER-FORMANCES; ENTERTAINMENT SERVICES IN THE NATURE OF PRESENTING LIVE MUSICAL PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, LIVE, TELEVISED AND MOVIE APPEARANCES BY A PROFESSIONAL ENTERTAINER; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY MUSICAL BANDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-24-2004; IN COMMERCE 1-24-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-182,856, FILED 11-22-2010.

LINDA E. BLOHM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 23, 2022 11:02 PM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3985535: MIDNIGHT RAMBLE |

**U.S. Serial Number:** 85182856
**U.S. Registration Number:** 3985535
**U.S. Registration Date:** Jun 28, 2011
**Mark:** MIDNIGHT RAMBLE
**Owner:** Levon Helm Studios, Inc.

Mar 23, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85182856&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85182856&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**