

**Amy Helm** ✔ is in **Woodstock, NY**.
January 4, 2023 · 🌐                                    •••

After an epic New Year's kickoff with The Helm Family Midnight Ramble, I'm so proud to present this incredible lineup of badass artists and singers joining us for the first half of 2023. Rock n' roll! 🤘

**#Repost** @levonhelmstudios
· · ·
ANNOUNCING: The Helm Family Midnight Ramble!

Barnburner Pre-Sale: NOW!
Public On-Sale: Fri 1/6 10am
🎟 **LEVONHELM.COM** ✅
--------------
My Father built the Midnight Ramble in the sprit of renewal and community.

I am proud to announce, in that same spirit, that we will be re-launching the Midnight Ramble - the concert series that built The Barn.

We will be holding them monthly through June right here at home, Levon Helm Studios, beginning February 4th.

The Helm Family Midnight Ramble will call together an extended family of musicians and special guests; a family that continues to grow.

Love and all good things for the New Year!

- @amyhelmmusic **See less**