

Cindy O'Connor <cindy@levonhelm.com>

## Midnight Ramble LLC

**Frank Flynn** <frank@frankflynncpa.com>                    Sat, Jul 15, 2023 at 9:33 AM
To: Amy Helm <amylouhelm@gmail.com>
Cc: Cindy O'Connor <cindy@levonhelm.com>, "musicesq@gmail.com" <musicesq@gmail.com>

Less to explain and easy is always good. so let's go with that.

I am always looking to clean up loose ends.

Have a great weekend!

Francis P. Flynn CPA

Francis P. Flynn CPA PC

45 Pine Grove Avenue Suite 214

Kingston, NY 12401

Phone (845) 340 - 7999 Text (845) 705-7776

Office hours Monday through Thursday 9AM to 4PM

NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it.  If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

**From:** Amy Helm <amylouhelm@gmail.com>
**Sent:** Saturday, July 15, 2023 11:36 AM

**To:** Frank Flynn <frank@frankflynncpa.com>
**Cc:** Cindy O'Connor <cindy@levonhelm.com>; musicesq@gmail.com
**Subject:** Re: Midnight Ramble LLC

If it's not too expensive/too much time setting up a new one, let's go with that

( it's less to explain to Sandy and it starts off with a clear new slate)

But if it's easier to rename this one, I'm OK with that too LMK

On Sat, Jul 15, 2023 at 9:54 AM Frank Flynn <frank@frankflynncpa.com> wrote:

> I don't know if this makes sense, but we still have Little Lee Music LLC out there and it already has a tax ID number, etc.
>
> You can file a dba or a name change on it and we can get it up to date.
>
> Just throwing it out there.
>
> Frank
>
> Francis P. Flynn CPA
>
> Francis P. Flynn CPA PC
>
> 45 Pine Grove Avenue Suite 214
>
> Kingston, NY 12401
>
> Phone (845) 340 - 7999 Text (845) 705-7776
>
> Office hours Monday through Thursday 9AM to 4PM
>
> NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it.

Please immediately notify us by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

**From:** George Gilbert <musicesq@gmail.com>
**Sent:** Friday, July 14, 2023 12:25 PM
**To:** Amy Helm <amylouhelm@gmail.com>
**Cc:** Cindy O'Connor <cindy@levonhelm.com>; Frank Flynn <frank@frankflynncpa.com>
**Subject:** Re: Midnight Ramble LLC

Yes

On Fri, Jul 14, 2023 at 12:19 PM Amy Helm <amylouhelm@gmail.com> wrote:

> Hey!
>
> I'd like to set up a separate LLC for ' Helm Family Midnight Ramble ' with that tittle
>
> Can you help me with that?
>
> Thanks!
>
> Amy

--

----

George T. Gilbert, LLC
Attorney At Law
8 Hillcrest Court

South Salem, New York 10590

Tel: 917-817-4819

Email: musicesq@gmail.com
Profile: http://www.linkedin.com/in/georgegilbert
---------

The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply email. Treasury Circular

Case 1:26-cv-01540-MAD-PJE Document 1-4 Filed 08/10/26 Page 4 of 4

230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials. Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

*"Music is all around us if we only had the ears to hear it"*

**John Cage**

*"Reality is merely an illusion, albeit a very persistent one."* **Albert Einstein**