

**Cindy O'Connor <cindy@levonhelm.com>**

## Helm Family Midnight Ramble

**Frank Flynn** <frank@frankflynncpa.com>                                    Tue, Oct 24, 2023 at 10:32 AM
To: Amy Helm <amylouhelm@gmail.com>
Cc: Cindy O'Connor <cindy@levonhelm.com>, George Gilbert <musicesq@gmail.com>

Hi Amy,

You can set up a new entity in your own name.  Actually, I think we set up Levon Helms Barn LLC to do exactly this with you and Sandy as co-owners, but it is dormant and unorganized.

This does have some things to work through…

- LHS currently has a lease with Levon's Barn LLC for the space.  So you would have to deal with that aspect.  You are only 40% owner  of LHS so if the other 60% don't go along…..
- If you want to sell your own tickets you would have to set up the infrastructure that LHS has.  That will take time and money to establish and again where are you going to do this if you can't occupy space in the barn for a competing company to LHS.
- You would be setting yourself up to compete with your own company which is the issue with Barbara.   This is more of a legal question, but I can imagine that you would be leaving yourself vulnerable on some level.

These are just hurdles that come to mind quickly on this.

I know this is a completely unpopular idea, but I have to through it out there just in case it may be viable.  IF, IF you could make a deal with Brian and Barbara so you can buy their shares in LHS then you would have control over the corporation over Sandy and then this problem (and Barbara and Brian)  is solved for you.

George, as far as I know there is no shareholder agreements so therefore no restriction on the buying and selling of the shares.

FYI everyone my last day in the office before vacation is Thursday. I will return on Monday 11/3.


Best regards,


Frank




Francis P. Flynn CPA


Francis P. Flynn CPA PC

45 Pine Grove Avenue Suite 214

Kingston, NY 12401

Phone (845) 340 - 7999 Text (845) 705-7776


Office hours Monday through Thursday 9AM to 4PM


NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it.  If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---

**From:** Amy Helm <amylouhelm@gmail.com>
**Sent:** Tuesday, October 24, 2023 11:45 AM
**To:** Frank Flynn <frank@frankflynncpa.com>

7/15/26, 2:57 PM
Case 1:26-cv-01540-MAD-PJE   Document 1-5   Filed 08/10/26   Page 3 of 5
Levon Helm Studios Mail - Helm Family Midnight Ramble

**Cc:** Cindy O'Connor <cindy@levonhelm.com>; George Gilbert <musicesq@gmail.com>
**Subject:** Re: Helm Family Midnight Ramble

Hi again, following up. I have been thinking about this, I think it is imperative that I begin to move my money, and any financial connections I have to LHS & to the estate out of both places.

The estate is essentially being held hostage right now by Sandy and her estate lawyer, ( eg.  who has instructed Cindy to stop asking Sandy to pay George bill out of estate , and that it is not authorized yet.)

The tone of that letter gives less confidence about a peaceful resolution in the coming weeks.

can we begin to set up the Helm Family Midnight Ramble LLC with my name as sole owner?

We can then discuss the best way for Cindy to put the money in there.

Maybe the check goes to me as event producer? It doesn't really matter. I just need the money to sit in the account, it can & should sit sit untouched-

Let's begin by forming the LLC? If you have another suggestion, let me know.

On Thu, Oct 19, 2023 at 10:01 AM Frank Flynn <frank@frankflynncpa.com> wrote:

> Hi Amy,
>
> Let me think on this and get back to you.
>
> Thanks,
>
> Frank
>
> Francis P. Flynn CPA
>
> Francis P. Flynn CPA PC

45 Pine Grove Avenue Suite 214

Kingston, NY 12401

Phone (845) 340 - 7999 Text (845) 705-7776

Office hours Monday through Thursday 9AM to 4PM

NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it.  If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---

**From:** Amy Helm <amylouhelm@gmail.com>
**Sent:** Thursday, October 19, 2023 9:09 AM
**To:** Cindy O'Connor <cindy@levonhelm.com>; George Gilbert <musicesq@gmail.com>; Frank Flynn <frank@frankflynncpa.com>
**Subject:** Re: Helm Family Midnight Ramble

Just for added perspective/consideration of how to move funds, the reason the show grosses such a large amount for LHS is because I do not take the artist fee that I would ask for, or the ramble band would ask for outside of the barn.

In other words, we pay everybody independently myself included so the artist fees only come out to $6000. This creates the profit that LHS is able to take.

On Wed, Oct 18, 2023 at 10:26 PM Amy Helm <amylouhelm@gmail.com> wrote:

> Hi all,
>
> In the face of the current situation, I wanted to take a positive step forward and create a separate entity to hold the earnings from the Helm Family Midnight Ramble.
>
> These shows, which happen once a month, are now holding a significant place at The Barn- They are the story, past present and future, of what my Dad built.  The momentum is palpable, and they have galvanized the staff and also refocused our vision of the Barn as a venue.  I am confident that as time goes by we'll build into more of these- even weekly

I started them up again in January, and in the 8 shows that I've presented, LHS has profited $53,298.51

The merch profits from these shows is $18,539.60

Now that Impact is gone, (they received $14,158.22 from 6 shows), the profit will be even higher.

I don't want the profit to roll into the black hole that is LHS, Sandy, etc.

I would love to have a safe, separate place to put these funds and use them for future endeavors related to the HFMR.  As an example, the trip I'm on right now could have had expenses covered from this. Funds could be used to help support future marketing, touring, videography, special guest fee's etc.

Maybe a percentage of profit can go to operating costs for the studio?  Maybe we could create a new entity that is 'Barn Operations' that can be funded by HFMR, not shared with Sandy, or shareholders; a completely new and separate operating LLC, outside of the estate and LHS,  with only my name on it?   Ideally  Cindy would control the account,  and  distribute money if / when needed.

Can you tell me if this is a possibility, and if so, the best way to structure this?

Let me know our thoughts!

It would feel great to work on building something together,  to shift focus from  the current battle ground!

Thank you

Amy