PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98288931**
**Filing Date: 11/28/2023**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [The Helm Family Midnight Ramble](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | The Helm Family Midnight Ramble |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Helm Family Midnight Ramble LLC |
| *MAILING ADDRESS | 332 Sheldon Hill Road |
| *CITY | Olivebridge |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 12461 |
| PHONE | ?(917) 575-7922? |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | https://levonhelm.com/ramble |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |

| | |
|---|---|
| *IDENTIFICATION | Entertainment services in the nature of live musical performances; Entertainment services in the nature of live audio performances by **a music group**; Entertainment services in the nature of live vocal performances by **a music group**; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, providing music tours in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Live performances by a musical group |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/2022 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0008.JPG |
| SPECIMEN DESCRIPTION | Screenshot 2023-11-28 at 5.55.12?PM of https://levonhelm.com/ramble advertising The Helm Family Midnight Ramble 03-04-23 Helm Family Midnight Ramble Performance Set List 08-12-23 The Helm Family Midnight Ramble Show Advertisement 09-02-23 The Helm Family Midnight Ramble Show Advertisement 11-04-23 The Helm Family Midnight Ramble show advertisement 10-07-23 Helm Family Midnight Ramble show advertisement |
| WEBPAGE URL | https://levonhelm.com/ramble |
| WEBPAGE DATE OF ACCESS | 11/28/2023 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | George T. Gilbert |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |

| | |
|---|---|
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | George T. Gilbert, LLC |
| **STREET** | 8 Hillcrest Ct |
| **CITY** | South Salem |
| **STATE** | New York |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 10590 |
| **PHONE** | 917-817-4819 |
| **EMAIL ADDRESS** | musicesq@gmail.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | George T. Gilbert |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | musicesq@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | amylouhelm@gmail.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| ***TOTAL FEES DUE** | 250 |
| ***TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***SIGNATURE** | /George T Gilbert/ |
| ***SIGNATORY'S NAME** | George T. Gilbert |
| ***SIGNATORY'S POSITION** | Attorney of record, New York Bar member. |
| **SIGNATORY'S PHONE NUMBER** | 917-817-4819 |
| ***DATE SIGNED** | 11/28/2023 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98288931**
**Filing Date: 11/28/2023**

# To the Commissioner for Trademarks:

**MARK:** The Helm Family Midnight Ramble (Standard Characters, see mark)
The literal element of the mark consists of The Helm Family Midnight Ramble. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Helm Family Midnight Ramble LLC, a limited liability company legally organized under the laws of New York, having an address of

332 Sheldon Hill Road
Olivebridge, New York 12461
United States
?(917) 575-7922?(phone)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Entertainment services in the nature of live musical performances; Entertainment services in the nature of live audio performances by a music group; Entertainment services in the nature of live vocal performances by a music group; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, providing music tours in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Live performances by a musical group

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/31/2022, and first used in commerce at least as early as 12/31/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshot 2023-11-28 at 5.55.12?PM of https://levonhelm.com/ramble advertising The Helm Family Midnight Ramble 03-04-23 Helm Family Midnight Ramble Performance Set List 08-12-23 The Helm Family Midnight Ramble Show Advertisement 09-02-23 The Helm Family Midnight Ramble Show Advertisement 11-04-23 The Helm Family Midnight Ramble show advertisement 10-07-23 Helm Family Midnight Ramble show advertisement.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: https://levonhelm.com/ramble
Webpage Date of Access: 11/28/2023

For informational purposes only, applicant's website address is: https://levonhelm.com/ramble
The owner's/holder's proposed attorney information: George T. Gilbert. George T. Gilbert of George T. Gilbert, LLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

8 Hillcrest Ct
South Salem, New York 10590
United States
917-817-4819(phone)
musicesq@gmail.com

George T. Gilbert submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

George T. Gilbert
 PRIMARY EMAIL FOR CORRESPONDENCE: musicesq@gmail.com
 SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): amylouhelm@gmail.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
 **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

 **And/Or**
 **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /George T Gilbert/   Date: 11/28/2023
Signatory's Name: George T. Gilbert
Signatory's Position: Attorney of record, New York Bar member.
Signatory's Phone Number: 917-817-4819
Signature method: Signed directly within the form
Payment Sale Number: 98288931
Payment Accounting Date: 11/28/2023


Serial Number: 98288931

Internet Transmission Date: Tue Nov 28 18:41:54 ET 2023
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-202311281841555107
87-98288931-860359a983455a69d40cf931eaef
abb2ba1dfcd2558af9067158c7b684cdca92041-
CC-41549315-20231128180758041014

# The Helm Family Midnight Ramble











