

**Amy Helm** ✓                                                                    •••
May 29 · New York, NY · ▇ King Harvest (Has Surely Come) · The Band · 🌐

🎵ANNOUNCING: The **Helm Family Midnight Ramble** returns to Industry City in Brooklyn, NY, Thursday October 1. 🪔
Don't miss this rare chance to see us in our only New York City appearance this year!

🔔 Tickets on sale NOW! $50/person $60/show day
🎵 Industry City Bandshell
⏰ Doors: 7:00PM | Show: 7:45PM | Ends: 10:00PM
Tickets: https://wl.eventim.us/.../the-helm-family.../693384...

— at **Industry City BK Summer 2026 Bandshell**.

👍❤ 155                                                                    7 ▇   9 ▇