

1059 Broadway, Rear
Woodmere, NY 11598

June 10, 2026

**<u>VIA EMAIL & CERTIFIED MAIL</u>**:

Concerted Efforts
P.O. Box 440326
Somerville, MA 02144
Attention: Lori Peters

> **Re:** **<u>Notice of Trademark Infringement of the mark "MIDNIGHT RAMBLE"; Demand to Cease and Desist from Future Trademark Infringement; Demand for Records</u>**.

Dear Lori:

Brightpoint Law, LLP ("<u>we</u>," "<u>us</u>" or "<u>our</u>"), represents Levon Helm Studios, Inc. (the "<u>Company</u>"), as its outside corporate counsel. We are writing to you to do the following:

> (i)    notify you that the word mark "The Helm Family Midnight Ramble" (the "<u>Infringing Mark</u>") allegedly owned by The Helm Family Midnight Ramble LLC (the "<u>Infringing Company</u>") and used in connection with live musical performances by Amy Helm infringes on the mark "Midnight Ramble" (the "<u>Valid Mark</u>") owned by the Company and validly registered with the United States Patent and Trademark Office (the "<u>USPTO</u>");

> (ii)   demand that you immediately cease and desist from assisting Ms. Helm, the Infringing Company or any affiliate thereof with exploiting the Infringing Mark.

Ms. Helm used to be the sole director and officer of the Company, and Ms. Helm is also a minority stockholder of the Company. Nonetheless, Ms. Helm needed the approval of a majority of the disinterested stockholders of the Company—*i.e.*, all the stockholders besides Ms. Helm—to either (x) grant licenses from the Company to the Infringing Company with respect to the Valid Mark or (y) allow the Infringing Company to attempt to register the Infringing Mark with the USPTO (collectively, the "<u>Required Approvals</u>"). The Required Approvals were never obtained by Ms. Helm.

The Company is disappointed by the actions Ms. Helm has taken to co-opt the goodwill associated with the Valid Mark to the detriment of the Company and all its stockholders. Ms. Helm's father, the legendary musician Levon Helm, founded the Company and created the Valid



Mark for the Company. The Company cannot legally stand idly by as Ms. Helm continues to use the Infringing Mark and operate the Infringing Company.

All of this is a matter of public record. On June 28, 2011, the USPTO granted the Company a trademark registration for the Valid Mark. A copy of this registration is attached hereto as **<u>Exhibit A</u>**.

On November 28, 2023, the Infringing Company filed an application with the USPTO to register the Infringing Mark, which is attached hereto as **<u>Exhibit B</u>**. On June 27, 2024, the USPTO expressly rejected the application for the Infringing Mark due to the potential confusion between the Infringing Mark and the Valid Mark. This rejection is attached as **<u>Exhibit C</u>**. The Infringing Company thereafter abandoned its application to register the Infringing Mark, and the Infringing Mark has never been validly registered with the USPTO.

Nonetheless, Ms. Helm has booked numerous shows using the Infringing Mark and continues to do so with your help, including a show to be performed on October 1, 2026, at the Industry City Bandshell in Brooklyn, New York.

The Company demands that you immediately cease and desist from providing Ms. Helm, the Infringing Company, and any affiliate thereof with any assistance in continuing to exploit the Infringing Mark. If you continue to assist Ms. Helm, the Infringing Company, and any affiliate thereof in continuing to exploit the Infringing Mark, the Company reserves the right to name you as a co-defendant in a lawsuit filed in U.S. federal court against Ms. Helm, the Infringing Company, and its affiliates

Under federal law, the Company is entitled to recover triple damages for infringement. The Company considers the commissions you have retained from assisting Ms. Helm in booking shows under the Infringing Mark to be recoverable damages subject to that multiplier. If you continue to assist in exploiting the Infringing Mark going forward, the Company also reserve the right to pursue you as a co-conspirator with Ms. Helm, thereby making you jointly and severally liable for all of the damages suffered by the Company as a result of the persistent infringement of the Valid Mark.

We further demand that you provide us with a complete record of all past and future shows booked by Ms. Helm, the Infringing Company or any affiliate thereof under the Infringing Mark, including the dates of such show and the fees paid or payable to Ms. Helm, the Infringing Company or any affiliate thereof. Your failure to do so may lead to you being named as a co-conspirator with Ms. Helm in a lawsuit filed in U.S. federal court, after which we will have the power of subpoena to compel you to turn those records over.



Trademark Infringement Notice
Concerted Efforts
June 10, 2026
Page 3

The Company respectfully demands that, by 5:00 p.m. ET on Wednesday, June 17, 2026, you do the following:

- Reply to this letter in writing (email to suffice) that you have received this letter and will comply with our demand to cease and desist from assisting Ms. Helm, the Infringing Company or any affiliate thereof with infringing on the Valid Mark.

- Provide the requested information regarding past shows booked under the Infringing Mark.

If you do not comply with the demands set forth above by June 17, 2026, the Company reserves the right to immediate escalate this matter without further notice to you.

You are hereby notified that you must preserve all evidence related to the infringement of the Valid Mark, whether in digital or physical format, regardless of any archival or retention policies currently in place, or risk being subjected to sanctions or adverse rulings in New York state court or U.S. federal court.

We look forward to your prompt reply.

Sincerely,

BRIGHTPOINT LAW, LLP

Peter A. Luccarelli, Esq.

cc:    Brian Parillo, CEO
       Zachary T. Bohlender, Esq.



Trademark Infringement Notice
Concerted Efforts
June 10, 2026

## EXHIBIT A

VALID MARK REGISTRATION

An official website of the United States government  Here's how you know ⌄

Sign in

## Trademark search

Home  >  Search results  >  Details                                                                 Help

**Please read**

ℹ️  **Use our new image search feature:** Log into your USPTO.gov account and select "Image search" from the drop-down or select the camera icon in the search box. Learn more on our Trademark search system updates page.

| Owner | levon helm | ✕ | 🔍 |

**Result 1 of 2** for levon helm

|<   <   >   >|     ← **Search results**     Print/Save

**Trademark**



**Wordmark**
MIDNIGHT RAMBLE

**Serial number**
85182856

**Registration number**
3985535

**Filing date**

**Registration date**

**Status**
**Status date**

**Registration type**
**Case status**

**Publication date**

**Class**
041

**TM5 Status**

## Goods and services

**Expand all**

IC 041: Entertainment in the nature of visual and audio performances, namely, musical band, rock group [ gymnastic, dance, and ballet ] performances;...

## Current owner

Feedback

1/3

**Ownership transitions**
No assignments

## Mark information

**Mark literal element**
MIDNIGHT RAMBLE

**Standard character claim**

**Mark type**

**Mark drawing code**
**Description**
N/A

**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
N/A

**Design codes**

## Basis information

N/A

## Attorney information

N/A

## Correspondence information

**Name**

**Address**

**Email**

## Prosecution history and documents

Documents only

Items per page: 5          0 of 0          |<      <      >      >|

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
N/A

**Declaration of incontestability**
N/A

**Process status**
N/A

**Office action**
N/A

**Next form to file**
N/A

**Earliest renewal date**
N/A

**Latest renewal date without additional fee**
N/A

**Latest renewal date with additional fee**
N/A

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | Subscribe |

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Terms of Use

Financial and Performance Data

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov

Follow us

Feedback

3/3



Trademark Infringement Notice
Concerted Efforts
June 10, 2026

## EXHIBIT B

INFRINGING MARK APPLICATION

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98288931**
**Filing Date: 11/28/2023**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | The Helm Family Midnight Ramble |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Helm Family Midnight Ramble |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | The Helm Family Midnight Ramble LLC |
| **\*MAILING ADDRESS** | 332 Sheldon Hill Road |
| **\*CITY** | Olivebridge |
| **\*STATE** (Required for U.S. applicants) | New York |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 12461 |
| **PHONE** | ?(917) 575-7922? |
| **\*EMAIL ADDRESS** | XXXX |
| **WEBSITE ADDRESS** | https://levonhelm.com/ramble |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 041 |

| | |
|---|---|
| *IDENTIFICATION | Entertainment services in the nature of live musical performances; Entertainment services in the nature of live audio performances by **a music group**; Entertainment services in the nature of live vocal performances by **a music group**; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, providing music tours in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Live performances by a musical group |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/2022 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\982\889\98288931\xml1 \ FTK0008.JPG |
| SPECIMEN DESCRIPTION | Screenshot 2023-11-28 at 5.55.12?PM of https://levonhelm.com/ramble advertising The Helm Family Midnight Ramble 03-04-23 Helm Family Midnight Ramble Performance Set List 08-12-23 The Helm Family Midnight Ramble Show Advertisement 09-02-23 The Helm Family Midnight Ramble Show Advertisement 11-04-23 The Helm Family Midnight Ramble show advertisement 10-07-23 Helm Family Midnight Ramble show advertisement |
| WEBPAGE URL | https://levonhelm.com/ramble |
| WEBPAGE DATE OF ACCESS | 11/28/2023 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | George T. Gilbert |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |

| | |
|---|---|
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | George T. Gilbert, LLC |
| STREET | 8 Hillcrest Ct |
| CITY | South Salem |
| STATE | New York |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 10590 |
| PHONE | 917-817-4819 |
| EMAIL ADDRESS | musicesq@gmail.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | George T. Gilbert |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | musicesq@gmail.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | amylouhelm@gmail.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /George T Gilbert/ |
| * SIGNATORY'S NAME | George T. Gilbert |
| * SIGNATORY'S POSITION | Attorney of record, New York Bar member. |
| SIGNATORY'S PHONE NUMBER | 917-817-4819 |
| * DATE SIGNED | 11/28/2023 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 98288931**
**Filing Date: 11/28/2023**

## To the Commissioner for Trademarks:

**MARK:** The Helm Family Midnight Ramble (Standard Characters, see mark)
The literal element of the mark consists of The Helm Family Midnight Ramble. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Helm Family Midnight Ramble LLC, a limited liability company legally organized under the laws of New York, having an address of

332 Sheldon Hill Road
Olivebridge, New York 12461
United States
?(917) 575-7922?(phone)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Entertainment services in the nature of live musical performances; Entertainment services in the nature of live audio performances by a music group; Entertainment services in the nature of live vocal performances by a music group; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, providing music tours in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Live performances by a musical group

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/31/2022, and first used in commerce at least as early as 12/31/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshot 2023-11-28 at 5.55.12?PM of https://levonhelm.com/ramble advertising The Helm Family Midnight Ramble 03-04-23 Helm Family Midnight Ramble Performance Set List 08-12-23 The Helm Family Midnight Ramble Show Advertisement 09-02-23 The Helm Family Midnight Ramble Show Advertisement 11-04-23 The Helm Family Midnight Ramble show advertisement 10-07-23 Helm Family Midnight Ramble show advertisement.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: https://levonhelm.com/ramble
Webpage Date of Access: 11/28/2023

For informational purposes only, applicant's website address is: https://levonhelm.com/ramble
The owner's/holder's proposed attorney information: George T. Gilbert. George T. Gilbert of George T. Gilbert, LLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

8 Hillcrest Ct
South Salem, New York 10590
United States
917-817-4819(phone)
musicesq@gmail.com

George T. Gilbert submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

George T. Gilbert
  PRIMARY EMAIL FOR CORRESPONDENCE: musicesq@gmail.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): amylouhelm@gmail.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /George T Gilbert/   Date: 11/28/2023
Signatory's Name: George T. Gilbert
Signatory's Position: Attorney of record, New York Bar member.
Signatory's Phone Number: 917-817-4819
Signature method: Signed directly within the form
Payment Sale Number: 98288931
Payment Accounting Date: 11/28/2023


Serial Number: 98288931

Internet Transmission Date: Tue Nov 28 18:41:54 ET 2023
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-202311281841555107
87-98288931-860359a983455a69d40cf931eaef
abb2ba1dfcd2558af9067158c7b684cdca92041-
CC-41549315-20231128180758041014

# The Helm Family Midnight Ramble

levonhelm.com/ramble

cesq | TD Bank | Amazon | Google Maps | Waze | Netflix | TiVo Online | Hulu Plus | Google Maps | USPTO fee sched... | eBay | IMDb | TinyURL! | youtube | Facebook | WhatsApp | Google | All Boo















Trademark Infringement Notice
Concerted Efforts
June 10, 2026

**<u>EXHIBIT C</u>**

INFRINGING MARK REJECTION

| | |
|---|---|
| **To:** | George T. Gilbert(musicesq@gmail.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98288931 - THE HELM FAMILY MIDNIGHT RAMBLE |
| **Sent:** | June 27, 2024 05:35:50 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

3985535
screencapture-jambands-com-news-2022-11-24-levon-helm-studios-confirms-holiday-shows-17195237626151

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98288931

**Mark:** THE HELM FAMILY MIDNIGHT RAMBLE

**Correspondence Address:**
George T. Gilbert
George T. Gilbert, LLC
8 Hillcrest Ct
South Salem NY 10590
United States

**Applicant:** The Helm Family Midnight Ramble LLC

**Reference/Docket No.** N/A

**Correspondence Email Address:** musicesq@gmail.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** June 27, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 3985535. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

Applicant applied to register "THE HELM FAMILY MIDNIGHT RAMBLE" for "Entertainment services in the nature of live musical performances; Entertainment services in the nature of live audio performances by a music group; Entertainment services in the nature of live vocal performances by a music group; Entertainment services in the nature of presenting live musical performances; Entertainment services, namely, providing music tours in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Live performances by a musical group.*"*

The cited mark is "MIDNIGHT RAMBLE" (standard character) for "Entertainment in the nature of visual and audio performances, namely, musical band, rock group performances; Entertainment services in the nature of live musical performances; Entertainment services in the nature of presenting live musical performances; Entertainment, namely, live performances by musical bands."

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Similarity of the Marks

Applicant's mark is "THE HELM FAMILY MIDNIGHT RAMBLE". The registered mark is "MIDNIGHT RAMBLE" in standard character form.

The marks create an overall similar commercial impression because they share the highly similar terms "MIDNIGHT" and "RAMBLE."

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *In re Charger Ventures LLC*, 64 F.4th 1375, 1380, 2023 USPQ2d 451, at *3 (Fed. Cir. 2023) (citing *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1720 (Fed. Cir. 2012); *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371-72, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

The incorporation of an entire mark within another has often been found to increase the similarity between the compared marks where, as in the present case, the dominant portion of the marks is the same. *See In re Charger Ventures LLC*, 64 F.4th 1375, 1381-82, 2023 USPQ2d 451, at *4-5 (Fed. Cir. 2023) (holding SPARK LIVING and SPARK confusingly similar); *Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (holding BENGAL LANCER and design and BENGAL confusingly similar); *Double Coin Holdings, Ltd. v. Tru Dev.*, 2019 USPQ2d 377409, at *6-7 (TTAB 2019) (holding ROAD WARRIOR and WARRIOR (stylized) confusingly similar); *In re Mr. Recipe, LLC*, 118 USPQ2d 1084, 1090 (TTAB 2016) (holding JAWS DEVOUR YOUR HUNGER and JAWS confusingly similar); *Hunter Indus., Inc. v. Toro Co.*, 110 USPQ2d 1651, 1660-61 (TTAB 2014) (holding PRECISION DISTRIBUTION CONTROL and PRECISION confusingly similar); TMEP §1207.01(b)(iii).

Thus, the marks are confusingly similar because applicant's mark, "THE HELM FAMILY MIDNIGHT RAMBLE" creates an overall similar commercial impression with the registered mark "MIDNIGHT RAMBLE."

Comparison of Services

The services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

The identification in the registration and application both identify the identical terms "Entertainment services in the nature of live musical performances; Entertainment services in the nature of presenting live musical performances; Entertainment, namely, live performances by musical bands."

Thus, a likelihood of confusion exists because the marks create a confusingly similar commercial

impression and the services at issue are closely related.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

OWNERSHIP OF CITED REGISTRATION

If the mark in the cited registration is owned by applicant, applicant may provide evidence of ownership of the mark by satisfying one of the following:

(1) Record the assignment with the USPTO's Assignment Recordation Branch (ownership transfer documents such as assignments can be filed online at https://assignmentcenter.uspto.gov) and promptly notify the trademark examining attorney that the assignment has been duly recorded;

(2) Submit copies of documents evidencing the chain of title; or

(3) Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: "**Applicant is the owner of U.S. Registration No. 3985535.**"  To provide this statement using the Trademark Electronic Application System (TEAS), use the "Response to Office Action" form; answer "yes" to questions #3 and #9; then, continuing on to the next portion of the form, in the "Additional Statement(s)" section, find "Active Prior Registration(s)" and insert the U.S. registration numbers in the data fields; and follow the instructions within the form for signing.  The form must be signed twice; a signature is required both in the "Declaration Signature" section and in the "Response Signature" section.

TMEP §812.01; *see* 15 U.S.C. §1060; 37 C.F.R. §§2.193(e)(1), 3.25, 3.73(a)-(b); TMEP §502.02(a).

Recording a document with the Assignment Recordation Branch does not constitute a response to an Office action.  TMEP §503.01(d).

DISCLAIMER REQUIRED

Applicant must disclaim the wording "FAMILY" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from jambands.com shows this wording refers to the Helm family.  Thus, the wording merely describes applicant's goods and/or services because the services are performed by Helm family members.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "FAMILY" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Jill Prater/
Jill Prater
Examining Attorney
LO119--LAW OFFICE 119
(571) 272-8257
Jill.Prater1@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

3985535

# Midnight Ramble

| | |
|---|---|
| **Word Mark** | MIDNIGHT RAMBLE |
| **Goods/Services** | IC 041 US 100 101 107 Entertainment in the nature of visual and audio performances, namely, musical band, rock group [ gymnastic, dance, and ballet ] performances; Entertainment services in the nature of live musical performances; Entertainment services in the nature of presenting live musical performances; [ Entertainment services, namely, live, televised and movie appearances by a professional entertainer; ] Entertainment, namely, live performances by musical bands. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85182856 |
| **Filing Date** | 2010-11-22T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2011-04-12 |
| **Registration Number** | 3985535 |
| **Date Registered** | 2011-06-28 |
| **Owner** | (REGISTRANT) Levon Helm Studios, Inc. (CORPORATION; NEW YORK, USA); 160 Plochmann Lane, Woodstock, NEW YORK 12498, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |

**Attorney of Record**          Adam Rodriguez

**Print:** June 27, 2024 4:37 PM

https://jambands.com/news/2022/11/24/levon-helm-studios-confirms-holiday-shows/                                   at 05:29:26, 06/27/2024



## Levon Helm Studios Confirms Holiday Shows

Published: 2022/11/24

Levon Helms Studios have confirmed a series of special holiday shows. On December 16 and 17, the venue will host The Sounding Joy: Benefiting The Washbourne House. Presented by Elizabeth Mitchell and Amy Helm, the first night will feature Natalie Merchant, Joan As Police Woman, Kat Wright and other special guests while the second show will boast Dar Williams, Martha Wainwright, Emily King and a number of others. Then, on December 18 The Hot Sardines will bring their Holiday Stomp at Levon Helm Studios and on December 23 Nefesh Mountain, who collaborated with Mike Gordon last year, will once again stage a Hanukah celebration at the space. Finally, on New Year's Eve Levon Helm Studios will present The Helm Family's Midnight Ramble.

Amy Helm will return to her family's space for the sold out Thanks Given: An Evening to be Grateful tomorrow.

**Show No Comments**

### LATEST NEWS                                            Archive

Bill Wyman Announces First New LP Since 2015, Details Covers-Heavy 'Drive My Car'

Oakland A's to Pay Tribute to Jerry Garcia

Suwannee Roots Revival Adds Molly Tuttle & Golden Highway, Plus More to Final 2024 Artist Lineup

Neil Young and Crazy Horse Announce "Big Unplanned Break" From Remaining Love Earth Tour

Follow The Arrow Festival Announces Venue Change to Bearsville Theater Due to Weather

Craig Finn Details Fall Tour Dates

Bright Eyes Preview New Album 'Five Dice, All Threes' with "Bells and Whistles"

Eagles Extend Residency at Las Vegas Sphere with December Dates

### MOST POPULAR

Most Read    Most Commented

1. Watch: Dead & Company Remind Fans "Man Smart, Woman Smarter" on Week Six Opener

2. For The Sake of Incredible Energy and Smiley-Ness: A

Conversation with Marco Benevento and Mike Gordon

3. Disco Biscuits Add First Time Original and Cover to Electric Forest Set

4. The String Cheese Incident Welcome Big Gigantic's Dominic Lalli, Cover Post Malone and Paul McCartney at Electric Forest

5. Widespread Panic Debut "Small Town" at Red Rocks, Reach 72 Consecutive Sold-Out Shows at Colorado Venue

6. Widespread Panic Accentuate Night Two at Red Rocks with Jason Crosby on Fiddle

7. Jason Isbell Welcomes Zach Bryan for "King of Oklahoma" in Detroit, Dust Off R.E.M. Cover for First-Time Since 2011

8. Trey Anastasio Divulges Phish Lore in New Interview



Phil Lesh Quintet - "Help/Slip" | Live From The Capitol…
Celebrating his 84th birthday, founding member of the Grateful Dead Phil…

Powered By

fiverr business.                                    Get Started

Expert freelance talent for every *business.*

©2024 - Relix Media Group, LLC    About Us    Contact Us    Advertise    Monthly Contributors    Relix.com    Search

Relix.com

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on June 27, 2024 for
**U.S. Trademark Application Serial No. 98288931**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**.  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.