## LEVON HELM STUDIOS, INC.

160 Plochmann Lane
Woodstock, New York 12498
(914) 679-2744
www.levonhelm.com

## ANNUAL MEETING
## OF
## SHAREHOLDERS
## OF LEVON HELM STUDIOS, INC.

**PLEASE TAKE NOTICE** that the annual meeting of the Shareholders of LEVON HELM STUDIOS, INC. (the "Corporation") was held on April 13, 2017, at 1:00pm at the Law Firm of Sharon C. Fletcher, PLLC, 479 Washington Avenue, Kingston, NY 12401.

The following Shareholders, owners of record of all of the shares entitled to vote were present in person or by written proxy: Amy Helm, Sandy Helm, Barbara O'Brien and Brian Parillo. The Shareholders absent were: None

Cindy O'Connor, Bookkeeper for the Corporation, Francis P. Flynn, CPA, Sharon C. Fletcher, Esq., Counsel for the Estate of Levon Helm and Theresa M. Stewart, Legal Assistant was present by invitation.

John O'Neill, the Corporation counsel was absent at this meeting but advised he anticipates joining a follow-up meeting if it is determined necessary to schedule.

Sharon C. Fletcher, Esq. acted as Chairman, and Theresa Stewart took notes to prepare a draft for approval of the Corporate Counsel and Secretary approval. The Chairman then stated that a copy of the By-Laws was sent to each Shareholder prior to this meeting for their review and records and that the meeting was ready to transact business.

A written Waiver of Notice of the meeting signed by all the Shareholders of the Corporation entitled to vote was presented by the Secretary and ordered annexed to the minutes of the meeting. The minutes of the last annual meetings of the Shareholders were read and approved.

The separate reports of the Bookkeeper, Cindy O'Connor, were each read to the meeting, and on motion duly made and carried, the acts of the Officers since the last annual meetings of the Shareholders were ratified and approved.

The Secretary, Barbara O'Brien reported that the building owned by Sandy, as Sole Owner of the land and improvements, was recently reviewed by the Fire Inspector;

WHEREAS, the Inspector determined there are several improvements needed to the building and upon motion duly made, seconded and unanimously approved, it was

1 | P a g e

RESOLVED, that funding and contracts for improvements will be reviewed, discussed and approved at a follow-up meeting to be determined.

The Chairman then announced that the next order of business was the election of Directors of the Corporation. There was no official nomination of new Directors of the Corporation. The current Directors nominated at the last meeting of Shareholders will remain as Sandy Helm, Amy Helm and Barbara O'Brien until further ratified and approved.

The Chairman then announced that the next order of business was the election of Officers of the Corporation for the ensuing year. The following persons were nominated as Officers of the Corporation, and were thereupon duly and unanimously elected:

| | | |
|---|---|---|
| President | : | Amy Helm |
| Vice-President: | | Sandy Helm |
| Secretary | : | Barbara O'Brien |
| Treasurer | : | Cindy O'Connor |

The Chairman then announced that the next order of business was to discuss whether to enter into a contract with Impact Artist Productions ("Impact") including but not limited to the purpose of rebranding the Corporation, the Barn and Midnight Rambles, help with booking of performances, marketing for events and management according to the attached proposals;

WHEREAS, the Shareholders did not decide whether or not this contract with Impact would be in the best interests of the Corporation; and

WHEREAS, the Shareholders are not in agreement to finalize and approve the contract to be fair and reasonable to the Corporation and upon motion duly made, seconded and unanimously approved; and it was

RESOLVED, that the Shareholders hereby agree to continue discussions about the contract and agree to place a hold on all acts necessary and proper in connection with the signing or final agreement therewith. Continued review and follow-up discussions regarding the terms and conditions set forth in the contract will take place on 5/24/17.

The Chairman then announced that the next order of business was to discuss the repayment of personal loans to generous individuals who supported the Corporation during the business transition and upon motion duly made, seconded and unanimously approved; it was

WHEREAS, the Shareholders agree Irene O'Neill personally loaned fifteen thousand ($15,000) dollars to the Corporation and James O'Brien personally loaned twenty thousand ($20,000) dollars to the Corporation and upon motion duly made, seconded and unanimously approved; it was

RESOLVED, that the Shareholders will continue to review the financial stability of the Corporation in order to determine a reasonable monthly payment plan to reimburse the personal loans made to the Corporation with the possibility of staggering payments toward Mortgage and these loans at the discretion of the Treasurer after review of the number of shows and overall financial status.

The Chairman then announced the next order of business was to discuss the reduction of costs of the Corporation moving toward a more balanced budget for the Corporation;

WHEREAS, the Shareholders believe it would be in the best interest of the Corporation and would reduce expenses if the credit cards fees were redirected and upon motion duly made, seconded and unanimously approved; it was

RESOLVED, that the Corporation will eliminate the credit card fees from the Corporations budget by adding the costs to ticket sales and merchandise pricing.

The Chairman then announced that the next order of business was to discuss whether to enter into a Shareholders Agreement;

WHEREAS, a Shareholders Agreement with the Corporation was presented for discussion and future consideration and upon motion duly made, seconded and unanimously approved; it was

RESOLVED, that the Shareholders Agreement presented at this meeting was not adopted and the Corporation's officers will continue to consider the importance of the Agreement and its terms.

The Chairman then announced that the next order of business was to discuss the status of the web-site and upon motion duly made, seconded and unanimously approved; it was

RESOLVED, that the Shareholders will review the current web-site and recommend and discuss changes at a follow-up meeting.

The Chairman then announced that the next order of business was to discuss the salary requested by Barbara O'Brien, per show, as a key employee of the Corporation for the year beginning 2017. After full discussion and upon motion duly made, seconded and unanimously approved, it was

RESOLVED, that a salary for Barbara O'Brien in the future would be considered and voted on at the follow-up meeting to be scheduled.

The Chairman then announced that the next order of business was to discuss the dissolution or restructure of the Corporation based on new equity position;

WHEREAS, it was suggested that the current Corporation be dissolved and a new entity created. After full review and discussion of this plan, a motion was duly made, seconded and unanimously approved, it was

RESOLVED, that the current Corporation would not be dissolved due to history and commitment to the legacy of the deceased founder, Levon Helm.

The Chairman then announced that the next order of business was to discuss the continued ownership interest of current Shareholders of the Corporation.

WHEREAS, it was specifically and respectfully requested that Shareholder Brian Parillo voluntarily forfeit his ten (10%) percent ownership in the Corporation; and it was

RESOLVED, that Shareholder, Brian Parillo, will seriously consider this request and will advise of his decision at the follow-up meeting to be determined.

The Chairman then announced that the next order of business was to discuss the safe keeping of the Levon Helm Studios, Inc. corporate book, it was

RESOLVED, that the corporate book would be temporarily retained at The Law Firm of Sharon C. Fletcher, PLLC until further notice.  The corporate Secretary, Barbara A. O'Brien, hand delivered the Corporate Book to the Law Firm for safe keeping.

The Chairman then announced that the next order of business was to discuss the need to schedule a follow-up meeting in thirty (30) days.  After full discussion and upon motion duly made, seconded and unanimously approved, it was

RESOLVED, that a meeting be scheduled for Wednesday, May 24, 2017 at 1:00pm at the Law Firm of Sharon C. Fletcher, PLLC, 479 Washington Avenue, Kingston, NY 12401.

There being no further business, the meeting, upon motion made, seconded, and unanimously carried, was adjourned.

Dated:  April 18, 2017
      Kingston, New York

              LEVON HELM STUDIOS, INC.

BY: _Barbara A. O'Brien_
           Barbara A. O'Brien, Secretary

SHAREHOLDERS

_Amy Helm_
Amy Helm, President

_Sandra O. Helm_
Sandra Helm, Vice-President

_Barbara O'Brien_
Barbara A. O'Brien, Secretary

_Brian Parillo_
Brian Parillo, Member

4 | P a g e