**From:**     Amy Helm <amylouhelm@gmail.com>

**Sent time:**  01/03/2019 11:20:20 PM

**To:**       Cindy O'Connor <cindy@levonhelm.com>; Frank Flynn <frank@frankflynncpa.com>; Sandra Helm <minkrose2@aol.com>; Thomas H. Benton <tom.nextstephome@gmail.com>

**Subject:**   Meeting re: shareholders

Hi all and Happy New Year!

 Sandy and I would like to have a meeting, to gain some insight and counsel from Frank and Tom as to the possibilities of dissolving the present shareholders group and retaining the business ownership in a new configuration with just Sandy and myself.

We would like Cindy to be there to be part of the discussion.

Is there a time that works for everybody?  I know that Cindy is usually here on Fridays.  next Friday, January 11 there is a show, but perhaps we could do it in the earlier part of the day?

I realize this is last minute, but if there was a  time tomorrow that worked, Sandy and I could be available then as well

Let us know,
Thanks!
Amy

**From:**        Thomas H. Benton <tom.nextstephome@gmail.com>

**Sent time:**   01/04/2019 09:13:45 AM

**To:**          Amy Helm <amylouhelm@gmail.com>

**Cc:**          Frank Flynn <frank@frankflynncpa.com>; Cindy O'Connor <cindy@levonhelm.com>; Sandra Helm <minkrose2@aol.com>

**Subject:**     Re: Meeting re: shareholders

To All -

 I am not available today, but could make next Friday, January 11, at 3:00.

Tom Benton

Thomas H. Benton
Attorney-at-Law
8 Pond Park Road
Woodstock, NY 12498

Tel. No. (845) 679-8616

> On Jan 4, 2019, at 9:06 AM, Amy Helm <amylouhelm@gmail.com> wrote:
>
> Ok... we can do 3pm but let's meet in  Sandy's kitchen (they'll be sound checking/loading in a show for Friday night in the studio)
>
> Will wait to hear back from Tom, thanks all!
>
> On Fri, Jan 4, 2019 at 9:04 AM Frank Flynn <frank@frankflynncpa.com> wrote:
>> I can do Friday at 3.
>>
>> Happy New Year everyone!
>>
>>
>>
>> Francis P. Flynn CPA
>>
>> Francis P Flynn CPA PC
>> 224 Fair Street
>> Kingston, NY  12401
>>
>> www.frankflynn.com
>>
>> v (845) 340-7999
>> f (845) 340-7998
>>
>>
>> _____
>>
>> **From:** "Cindy O'Connor" <cindy@levonhelm.com>
>> **To:** "Amy Helm(amylouhelm@gmail. com)" <amylouhelm@gmail.com>
>> **Cc:** "Frank Flynn" <frank@frankflynncpa.com>, "Sandra Helm" <minkrose2@aol.com>, "Thomas H. Benton" <tom.nextstephome@gmail.com>
>> **Sent:** Friday, January 4, 2019 5:38:01 AM
>> **Subject:** Re: Meeting re: shareholders
>>
>> I can be there Next Friday in the morning  or later today at 3:00 pm.
>>
>> Cindy
>>
>> Sent from my iPhone

> On Jan 3, 2019, at 11:20 PM, Amy Helm <amylouhelm@gmail.com> wrote:
>
> Hi all and Happy New Year!
>
> Sandy and I would like to have a meeting, to gain some insight and counsel from Frank and Tom as to the possibilities of dissolving the present shareholders group and retaining the business ownership in a new configuration with just Sandy and myself.
>
> We would like Cindy to be there to be part of the discussion.
>
> Is there a time that works for everybody?  I know that Cindy is usually here on Fridays.  next Friday, January 11 there is a show, but perhaps we could do it in the earlier part of the day?
>
> I realize this is last minute, but if there was a  time tomorrow that worked, Sandy and I could be available then as well
>
> Let us know,
> Thanks!
> Amy