**From:** Frank Flynn <frank@frankflynncpa.com>

**Sent time:** 07/08/2020 03:28:29 PM

**To:** Cindy O'Connor <cindy@levonhelm.com>

**Subject:** RE: SBA Loans

---

They file a general lien over all business assets, that is the $00.00 charge on the closing
documents.

This will limit our ability to nuke LHS, but they need the $$$

Francis P. Flynn CPA

Francis P Flynn CPA PC
45 Pine Grove Avenue Suite #214
Kingston, NY  12401

www.frankflynn.com

v (845) 340-7999
f (845) 340-7998


*** Please note our new address - 45 Pine Grove Avenue Suite 214.***

NOTICE: This e-mail and any attachment contain confidential information that may be legally
privileged. If you are not the intended recipient, you must not review, retransmit, print, copy,
use or disseminate it. Please immediately notify us by return e-mail and delete it.  If this e-
mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been
produced by the sender and therefore we are not responsible for its contents.
This notice is automatically appended to each e-mail. It is the recipient's responsibility to take
measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender
for any loss or damage arising in any way from its use.




-----Original Message-----
From: Cindy O'Connor
Sent: Wednesday, July 8, 2020 3:24 PM
To: Frank Flynn
Subject: SBA Loans

Hi Frank,

SBA loans over 25k need collateral, but they have not asked for any asset info. Do you know how
that works? Lien? Filed with country?

Cindy

Sent from my iPhone