| From: | Amy Helm <amylouhelm@gmail.com> |
|---|---|
| Sent time: | 09/13/2021 08:54:59 PM |
| To: | Peter Himberger <peter@impactartist.com>; Cindy O'Connor <cindy@levonhelm.com> |
| Cc: | George Gilbert <musicesq@gmail.com> |
| Subject: | Re: Engagement Letter for George T. Gilbert, Esq., re Amy and Sandra Helm |
| Attachments: | image003.png |

I've spoken with George and am cc'ing Cindy here

Best $2000 LHS ever spent!   Cindy can cut the check

Thanks!

On Mon, Sep 13, 2021 at 5:53 PM Peter Himberger <peter@impactartist.com> wrote:

Amy,

This is something we should move on and get this going. The legal fee would be covered under the grant that was received. Do you want to discuss this more?

On Mon, Sep 13, 2021 at 5:43 PM George Gilbert <musicesq@gmail.com> wrote:

We need to move on this.

---------- Forwarded message ---------
From: **LiCalsi, Paul** <PliCalsi@reitlerlaw.com>
Date: Thu, Sep 9, 2021 at 12:19 PM
Subject: Engagement Letter for George T. Gilbert, Esq., re Amy and Sandra Helm
To: George Gilbert <musicesq@gmail.com>
CC: Watkins, John <jwatkins@reitlerlaw.com>, Wilma Rivera <wrivera@reitlerlaw.com>

Dear George

Attached is our engagement letter for our services in connection with Amy and Sandra Helm, as shareholders of Levon Helm Studios Inc. Please call me with any questions or any changes. If all is in order, please sign, scan and return an executed copy, and please arrange for the payment of the $2,000 retainer. I have included info for electronic payments.

All best.Paul

**Paul V. LiCalsi**

**Reitler Kailas & Rosenblatt LLP**

885 Third Avenue - 20th Floor

New York, NY 10022

Direct: 212-209-3090

Fax: 212-371-5500

Email: plicalsi@reitlerlaw.com

This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.

--

----

George T. Gilbert, LLC
Attorney At Law
8 Hillcrest Court
South Salem, New York 10590
Tel:  917-817-4819
Email: musicesq@gmail.com
Skype: musicesq
Profile: http://www.linkedin.com/in/georgegilbert

---------

The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.  Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply email. Treasury Circular 230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials.  Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

*"Music is all around us if we only had the ears to hear it"* **John Cage**

*"Reality is merely an illusion, albeit a very persistent one."* **Albert Einstein**

--
PH