# George T. Gilbert, LLC
## Attorney At Law
### 8 Hillcrest Court
### South Salem, New York 10590
### Tel:  917- 817- 4819
### musicesq@gmail.com

July 13, 2022
By Email: amylouhelm@gmail.com
        ahelmbkeeper@gmail.com

**For Services Rendered from 01-27-22**

**<u>AMY HELM</u>**
06-20-22 ██████████████████████████████
07-07-22 ██████████████████████████████
**Total Amy Helm Time: 1.25**

**<u>LEVON HELM ESTATE</u>**
01-28-22 - ████████████████████████████
01-31-22 - ██████████████████████████████
02-15-22 - ██████████████████████████████████
██████████████
02-16-22 - ████████████████████████████████████████
██████████████████████
02-19-22 - ██████████████████████████████████
████████████
02-28-22 - ██████████████████████
03-01-22 - ██████████████████████
03-03-22 - ██████████████████████
03-03-22 - ██████████████████████████████████████
████████████████████████████
03-04-22 - ██████
03-09-22 - ████████████████████████
03-13-22 - ██████████████████████████████
03-14-22 - ██████████████████████████
03-23-22 - ████████████████████████████
03-29-22 -
03-30-22 -
04-06-22 -
04-14-22 -
04-16-22 -
04-21-22 -
05-13-22 -
05-13-22 -
05-15-22 -
05-19-22 -
05-20-22 -
05-22-22 -
05-24-22 -
05-25-22 -
05-25-22 -
06-27-22 -
06-28-22 -
07-07-22 -
**Total Levon Helm Estate Time: 17.50**

**<u>LHS, INC</u>**
02-01-22 -
02-02-22 -
02-04-22 -
02-06-22 -
02-07-22 -
02-07-22 -
02-08-22 -
02-08-22 -
02-09-22 -
02-23-22 -
02-23-22 -
03-03-22 -
03-03-22 -



03-03-22 - ████████████████████████████████████████
03-03-22 - ████████████████████████████████████████
03-03-22 - ████████████████████████████████████████
03-15-22 - ████████████████████████████████████████
03-16-22 - ████████████████████████████████████████
03-22-22 - ████████████████████████████████████████
03-23-22 - ████████████████████████████████████████
03-26-22 - ████████████████████████████████████████
03-28-22 - ████████████████████████████████████████
03-28-22 - ████████████████████████████████████████
03-28-22 - ████████████████████████████████████████
03-29-22 - ████████████████████████████████████████
03-29-22 - ████████████████████████████████████████
03-29-22 - ████████████████████████████████████████
03-30-22 - ████████████████████████████████████████
03-30-22 - ████████████████████████████████████████
03-30-22 - ████████████████████████████████████████
03-30-22 - ████████████████████████████████████████
reclaiming
03-31-22 - ████████████████████████████████████████
04-08-22 - ████████████████████████████████████████
04-13-22 - ████████████████████████████████████████
04-13-22 - ████████████████████████████████████████
04-23-22 - ████████████████████████████████████████
████████████████████████████

04-26-22 - ████████████████████████████████████████
████
04-26-22 - ████████████████████████████████████████
04-28-22 - ████████████████████████████████████████
05-03-22 - ████████████████████████████████████████
05-06-22 - ████████████████████████████████████████
05-06-22 - ████████████████████████████████████████
05-18-22 - ████████████████████████████████████████
06-01-22 - ████████████████████████████████████████
06-15-22 - ████████████████████████████████████████
06-20-22 - ████████████████████████████████████████
06-22-22 - ████████████████████████████████████████
06-29-22 - ████████████████████████████████████████
07-05-22 - ████████████████████████████████████████
07-06-22 - ████████████████████████████████████████
Total LHS

Amy Helm Time: 1.25 @ $400/hr:                          $.    500.00
LHS Inc Time: 23.25 Hours @ $400/hr:                    $. 9,300.00
Levon Helm Estate Time: 17.50 Hours @ $400/Hr:         $  7,000.00
Total:                                                  $16,800.00
**Total Due:**                                          **$16,800.00**

Payment can be made by check, Zelle ████████████████ Venmo ████████████
Paypal ████████████████ Cash app ██████████ or wire transfer.

**WIRE TRANSFER INFORMATION:**

