| From: | George Gilbert <musicesq@gmail.com> |
|---|---|
| Sent time: | 04/15/2023 08:29:16 PM |
| To: | Amy Helm <amylouhelm@gmail.com> |
| Cc: | Cindy O'Connor <ahelmbkeeper@gmail.com>; Cindy O'Connor <cindykeeperofbooks@gmail.com>; Cindy O'Connor <cindy@levonhelm.com>; Frank Flynn <frank@frankflynncpa.com> |
| Subject: | Re: LEVON HELM'S BARN LLC |
| Attachments: | image003.png    image002.png    image001.png |

**Yes -** We have to get all Barn shows out of LHS Inc.'s name.
They should never have been done under LHS because it puts the studio and all LHS inc assets at risk.

This way Levon Helm's Barn LLC will have only the net from the shows after the payment of costs and a venue rental fee to Levon's Barn LLC.

**CINDY -** The insurance that LHS inc was carrying because it was the "venue operator" also needs to be changed to Levon Helm's Barn LLC.

The goal is to leave LHS Inc with the minimal amount of assets, income and liability.

----
George T. Gilbert, LLC
Attorney At Law
8 Hillcrest Court
South Salem, New York 10590
Tel: 917-817-4819
Email: musicesq@gmail.com
Profile: http://www.linkedin.com/in/georgegilbert
---------
The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.  Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply email. Treasury Circular 230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials. Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

*"Music is all around us if we only had the ears to hear it"* **John Cage**

*"Reality is merely an illusion, albeit a very persistent one."* **Albert Einstein**

On Sat, Apr 15, 2023 at 7:41 PM Amy Helm <amylouhelm@gmail.com> wrote:
> OK, we need to speak to Sandy as she will have issues with this, (public rebranding and naming )
>
> but it's the only way right now to protect us from the dysfunction with Barbara
>
> On Sat, Apr 15, 2023 at 5:39 PM George Gilbert <musicesq@gmail.com> wrote:
>> Cindy has to get a Federal ID Number and open a Bank account in the name of Levon Helm's Barn LLC.
>>
>> I am going to file the trademark registration application on Monday for Levon Helm's Barn so that it's protected.
>>
>> I also have to modify the Levon's Barn LLC operating agreement so that I can be used as the Levon Helm's Barn LLC operating agreement.
>>
>> The staff should be informed that everything is staying the same and that the only change is that they were previously paid by LHS Inc and now will be paid by Levon's Helm's Barn LLC.
>>
>> Once the Trademark registration is filed, you should Drew know that the venue is changing its name from "Levin Helm Studios" to "Levon Helm's Barn" and the show listings should  be updated to reflect the name change.
>>
>> We should also talk about drafting a press release to the music industry trades, blogs, etc. announcing the name change.  For example, the press release can say something along the lines that after X years, the name is being changed as a tribute to Levon Helm so that the venue name more accurately reflects the fact that is was not only Levon's residence but it was the centerpiece where he was inspired by and performed with all of his friends.  This is a perfect opportunity to promote the venue, discuss all of the great artists who have performed at the Barn in the past and that will continue to perform at the Barn well into the future.
>>
>> George
>>
>> •••
>>
>> ----
>> George T. Gilbert, LLC
>> Attorney At Law
>> 8 Hillcrest Court
>> South Salem, New York 10590
>> Tel: 917-817-4819
>> Email: musicesq@gmail.com
>> Profile: http://www.linkedin.com/in/georgegilbert
>> ---------
>> The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.  Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply email. Treasury Circular 230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials.  Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

*"Music is all around us—if we only had the ears to hear it."* **John Cage**

*"Reality is merely an illusion, albeit a very persistent one."* **Albert Einstein**

On Sat, Apr 15, 2023 at 5:00 PM Amy Helm <amylouhelm@gmail.com> wrote:

How soon can we begin to run all operations for shows out of this new Levon's helms barn LLC?

On Thu, Apr 13, 2023 at 3:46 PM George Gilbert <musicesq@gmail.com> wrote:

Dear Amy and Cindy:

Attached is the Filing Receipt and the Organization papers for Levon Helm's Barn LLC.

Also included is the cover letter and invoice from Registered Agents Solutions Inc (RASI).

The invoice ($440.00) must be paid before the Publication requirement can be started

Pay Online at www.rasi.com, login to the account (███████) to make payment by Electronic Check or Credit Card.

Once the publication phase is completed and the LLC is certified I will prepare the operating agreement and will use the Operating Agreement for Levon's Barn LLC as the template.

We will need to move all Barn related employees over to Levon Helm's Barn LLC. except for Brendon who also does work for LHS.

I will prepare an agreement between Levon's Barn LLC and Levon Helm's Barn LLC. acknowledging that Levon Helm's Barn LLC. will be the operating company for all (non-recording Studio) activities taking place at the Levon's Barn LLC.

I will also prepare an agreement betweenLevon's Barn LLC and LHS Inc for the rental of space at Levon's Barn LLC.

Let me know if you have any questions.

LHS Inc for LHS to operate and rent space from the Barn

George
----
George T. Gilbert, LLC
Attorney At Law
Tel: 917-817-4819
Email: musicesq@gmail.com
Profile: http://www.linkedin.com/in/georgegilbert
---------
The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply email. Treasury Circular 230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials. Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

---------- Forwarded message ----------
From: **Dominique Moore** <dmoore@rasi.com>
Date: Thu, Apr 13, 2023 at 11:24 AM
Subject: LEVON HELM'S BARN LLC
To: MUSICESQ@GMAIL.COM <MUSICESQ@gmail.com>

Good morning,

Attached please find the confirmation of filing for the above referenced entity along with the publication assignment cost letter as well as a **copy of your invoice pending payment you can remit payment for any open invoices at this link:   https://www.rasi.com/pay/default2.asp?ID=e2b815287cb998e4f5255ba5b18a0eba1234c3a2d1c9e516aec57ecac90f7d60**

**You can also remit check payment to the address listed on the bottom left hand corner of the invoice.**

**In regards to the publication letter**:

Please note there is no payment link for the publication letters, these have to be paid upfront we can not bill for these fees.

Attached please find the Publication Letter stating the county clerk assigned newspapers and the amount that is due to start the publication process. You can either submit payment by mailing in a check or money order with a copy of this letter, email with credit card payment, or you can call us at 1800-999-0850 to give us credit card payment over the phone ( **you can speak to any of the representatives all we need you to supply is the name of the LLC).**

Once payment has been received we will place the ad's with the two newspapers, and they will run for 6 consecutive weeks. Once completed we will await the affidavits from both newspapers then submit to the Department of State for filing, they usually take about 10-15 business days to file. Once filed, we will mail out the Certificate of Publication and affidavits of publication, along with your Filing Receipt. This whole process takes about 4-5 months to complete fully.

Thank you for choosing Registered Agent Solutions, Inc., to handle your publication.

*Please Note: Effective January 16, 2023 our Albany Office will be moving to a new location of 99 Washington Avenue, Ste 700, Box 152, Albany, NY 12260*

Best regards,

**Dominique Moore**



*Associate Rep., Albany Corporate Services*

Registered Agent Solutions, Inc. A Lexitas Company

800-999-0850 Phone

518-468-2396 Fax

99 Washington, Ave, Ste, 700, Box 152, Albany, NY 12260

**www.rasi.com**



PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.