| | |
|---|---|
| **From:** | Frank Flynn <frank@frankflynncpa.com> |
| **Sent time:** | 02/28/2023 10:39:55 AM |
| **To:** | Amy Helm <amylouhelm@gmail.com> |
| **Cc:** | Cindy O'Connor <cindy@levonhelm.com>; Dirt LLC <minkrose2@aol.com>; George Gilbert <musicesq@gmail.com> |
| **Subject:** | RE: Helm valuation |

Hi Amy,

The reason for an appraisal expert is if this goes in a bad direction and you end up in a legal battle this is your expert to appear in court to defend how you arrived at any payment or nonpayment made to Barbara and Brian for their interests in LHS. That the value was fairly computed by a non-involved professional.

An alternative to this entire process is to have a conversation with Barbara and tell her that he situation as it is untenable, i.e. she is no longer involved and she is working for a local competitor, etc. and make her an offer. If she refuses to negotiate then this is your way of forcing her out. I suppose you could do the same thing in a letter.

Brian stated at one shareholder meeting that he would take whatever terms Barbara was accepting.

The economics work down to a simple pay lawyers, accountants and appraisers, etc. or share the money among the parties. If that sounds a lot like a martial divorce that's because it is.

As for sharing information, my personal opinion is that if it what it takes to get this done easier it's one and done. She will only see what has happened in the past. If she wants to know who you are booking she can just go on the website and see. What has been done with the mortgage and Levon's Barn LLC is all outside LHS so she would not be privy to that or your personal finances in a normal negotiation about LHS. If you could not agree and this went to a fight in court I'm sure some lawyer could find a way to sift through everything on your side and hers. – George check me on this.

So again, like a divorce if you can negotiate you control the information and the narrative if it goes to court then it's out of your hands.

Happy to have a further meeting or phone conversation on this.

Best regards,

Frank


Francis P. Flynn CPA


Francis P. Flynn CPA PC
45 Pine Grove Avenue Suite 214
Kingston, NY 12401
Phone (845) 340 - 7999 Text (845) 705-7776

Office hours Monday through Thursday 9AM to 4PM

NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.
This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---

**From:** Amy Helm <amylouhelm@gmail.com>
**Sent:** Monday, February 27, 2023 8:44 PM
**To:** Frank Flynn <frank@frankflynncpa.com>
**Cc:** Cindy O'Connor <cindy@levonhelm.com>; Dirt LLC <minkrose2@aol.com>; George Gilbert <musicesq@gmail.com>
**Subject:** Re: Helm valuation

Hi, I have a few questions about this before we sign. Do we have to put this in the hands of an outside advisor?

Is this a necessary legal step to officially dissolve the shareholders?

If not, I would much prefer that we present Barbara O'Brien with figures and move on from there.

On Mon, Feb 27, 2023 at 4:50 PM Frank Flynn <frank@frankflynncpa.com> wrote:

> Of course, thanks
>
> Francis P. Flynn CPA
>
> Francis P Flynn CPA PC
> 45 Pine Grove Avenue, Suite 214
> Kingston, NY 12401
>
> V (845) 340-7999
> F (845) 340-7998
>
> > On Feb 27, 2023, at 4:34 PM, Cindy O'Connor <cindy@levonhelm.com> wrote:
> >
> > Hi All,
> >
> > If Sandy and Amy will authorize me, I will sign and get a check to him. Sandy and Amy are you ok with this??
> >
> > Cindy
> >
> > On Mon, Feb 27, 2023 at 3:13 PM Frank Flynn <frank@frankflynncpa.com> wrote:
> >
> > > Hi Sandy, Amy & Cindy,
> > >
> > > I sent some information to Bill Quackenbush who did the valuation for Levon's estate and now for the corporation decisions that we discussed. So to really get this process moving forward he needs the attached engagement letter signed and a check for the retainer.
> > >
> > > Let me know if this acceptable or if you have any questions or concerns.
> > >
> > > Thanks!
> > >
> > > Frank

Francis P. Flynn CPA


Francis P. Flynn CPA PC
45 Pine Grove Avenue Suite 214
Kingston, NY 12401
Phone (845) 340 - 7999 Text (845) 705-7776

Office hours Monday through Thursday 9AM to 4PM

NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it.  If this e-mail contains a forwarded e-mail or is a reply to a prior e-mail, the contents may not have been produced by the sender and therefore we are not responsible for its contents.
This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

---

**From:** Lorraine Barton <lbarton@adventvalue.com>
**Sent:** Monday, February 27, 2023 2:46 PM
**To:** Frank Flynn <frank@frankflynncpa.com>
**Cc:** William C. Quackenbush <bill@adventvalue.com>
**Subject:** Helm valuation

Good afternoon,  Bill asked if I could send this to you.  Please have your client sign and return it with retainer check.  Thank you –

Talk soon -

Lorraine Barton, CPA/ABV/CFF CIRA CVA MAFF MBA
**Advent Valuation Advisors**
845.567.0900 / 914.319.1032
www.AdventValue.com