**From:** Amy Helm <amylouhelm@gmail.com>

**Sent time:** 08/15/2023 10:18:03 AM

**To:** musicesq@gmail.com

**Cc:** Cindy O'Connor <cindy@levonhelm.com>; Frank Flynn <frank@frankflynncpa.com>; Sharon Fletcher <sharon@fletcher.law>

**Subject:** Re: Conference call today re Sandy

---

I am available all day- lmk

On Tue, Aug 15, 2023 at 9:45 AM George Gilbert <musicesq@gmail.com> wrote:

Since Frank is available today from 3PM on and Cindy as well as I am available all day, pending Amy and Sharon's availability, lets plan on scheduling a conference this afternoon for sometime after 3PM.

Amy and Sharon - what is your availability to talk this afternoon from 3Pm on?

George
--
----
George T. Gilbert, LLC
Attorney At Law
8 Hillcrest Court
South Salem, New York 10590
Tel: 917-817-4819
Email: musicesq@gmail.com
Profile: http://www.linkedin.com/in/georgegilbert
---------

The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply email. Treasury Circular 230 requires that I inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials. Additionally, George T. Gilbert LLC does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

*"Music is all around us if we only had the ears to hear it"* **John Cage**

*"Reality is merely an illusion, albeit a very persistent one."* **Albert Einstein**