| From: | George Gilbert <musicesq@gmail.com> |
|---|---|
| Sent time: | 09/13/2023 01:25:00 PM |
| To: | Cindy O'Connor <cindy@levonhelm.com>; Amy Helm <amylouhelm@gmail.com>; Frank Flynn <frank@frankflynncpa.com> |
| Subject: | Proposed response to Henry Root |

This is my re-revised response to Root.  Sharon had one more additional great suggestion which is the closing sentence.

Please take a look and let me know if you have any comments or suggestions.

George

Henry:

Cindy O'Conner is not employed by Sandra Helm.  Cindy O'Conner is employed by The Estate of Levon Helm.  Sandra Helm is the executor of the Estate with a fiduciary duty to the Estate beneficiaries - herself and Amy Helm.

As was explained to you in August when you made your request for Estate financials, Cindy's first priority was completing the tabulation of both Sandra Helm's and Amy Helm's 2022 financials so that each of their 2022 tax returns, which were on extension, could be filed prior to the extension expiration.

After Cindy finished the 2022 computations, she started reconciling the Estate's finances.

The Estate Of Levon Helm has been in existence since 2012 and the plan agreed upon by the two beneficiaries over two years ago was to wind up the Estate.

As we discussed on our call with Sharon Fletcher last month, this process has two components: (1) organising the assets into respective holding LLC's that would be co-owned by the beneficiaries; and (2) a complete reconciliation of the estate's finances from inception to present.

When that reconciliation is completed, both beneficiaries would be given a copy of the full report.

However, in the course of reconciling the estates finances, Cindy discovered a series of financial irregularities - specifically, over the course of the past ten years, there are a number of estate checks that were not deposited in the Estate's checking account. The total number of Estate checks that were not deposited into the Estate account has has yet to be determined and it is our responsibility to reconcile the Estate's financials.

These checks, include but are not limited to Estate royalty payments from Universal Music Group, Sound Exchange and Sony Music Entertainment.

As you may be aware, this is a material breach of the Executor's primary fiduciary duties.

It's my understanding that your client asked Cindy O' Conner to sit down with her, and, as Ms O'Connor has done for the past 11 years, resolve her financial questions your client has in person at her kitchen table by looking at financials in Cindy's computer. During that sit down, Ms O'Conner raised the issue of the Estate payments that were not deposited into the Estate account with your client and explained that transparency is the best way to resolve this issue.

As a result of these discoveries, the reconciliation now has become an audit.

In order to determine the full number of Estate payments that were not deposited into the Estate account, your client can either voluntarily allow the reconsilliation to include her personal financial accounts - which would be preferable to the alternative, the commencement of an action in the Ulster County Surrogate Court.

If your client voluntarily submits to the reconsiliation of her personal accounts, it's possible for this matter to be resolved amicably, which is Amy Helm's preference.

Once it's determined the number of Estate payments that were not deposited into the Estate account and total amount they represent in addition to the total amount of Estate funds distributed to each beneficiary (which should have been an equal amount), we can discuss how the Estate's assets and income distribution can be balanced.

If you have any questions regarding the Estate's finances, you should direct them to Frank Flynn who has been the Estate's accountant since it's inception, not Ms O'Connor.

All rights reserved,
George Gilbert

On Wed, Sep 13, 2023 at 12:06 AM Amy Helm <amylouhelm@gmail.com> wrote:
> Can he in fact escalate the situation?
>
>
>
> On Tue, Sep 12, 2023 at 11:30 PM George Gilbert <musicesq@gmail.com> wrote:
>> See below
>>
>> ---------- Forwarded message ----------
>> From: **HENRY W. ROOT** <henry@selg.com>
>> Date: Tue, Sep 12, 2023 at 9:38 PM
>> Subject: Helm / Financials
>> To: George Gilbert (musicesq@gmail.com) <musicesq@gmail.com>
>> CC: cindy@levonhelm.com <cindy@levonhelm.com>
>>
>>
>>
>> George: I hope you are enjoying your vacation. Something that is ridiculously simple is about to become unnecessarily complicated. Cindy O'Connor has been employed by Sandy Helm as Sandy's personal bookkeeper since Levon passed. Sandy is also the sole administrator of the Estate. Cindy has ducked and dodged me for weeks  with regard to my request for the past 3 years' financials, balance sheets, P&L's and general ledger for Sandy personally and for the various corporate entities including Levon Helms Studios, Inc,  including without limitation all of the information she has furnished to Frank in connection with his preparation of the tax returns. Frank also prepares and files Sandy's personal tax returns predicated upon the financial information Cindy provides to Frank.  Whether owed to Sandy in her individual capacity or sole administrator of the Estate, these records belong to Sandy and/or she is entitled to access to them as a matter of law. I here as a team player and do not wish to make waves or interrupt the normal course of business. For reasons I am unable to ascertain, Cindy has informed Sandy that she (Cindy) will not release the financial documents without your approval. In order to avoid any escalation of this matter, please "Reply To All" and authorize Cindy to send me the requested information. Best!



HENRY W. ROOT, ESQ.

SMITH ENTERTAINMENT LAW GROUP, LLP
12400 WILSHIRE BOULEVARD  |  SUITE 1100  |  LOS ANGELES, CA 90025
DIRECT LINE: 310-395-3313 | C: 310-291-2344
E: henry@selg.com

SELG.COM |

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@selg.com, and do not use or disseminate the information.