**From:** Amy Helm <amylouhelm@gmail.com>
**Sent time:** 04/15/2025 07:58:53 AM
**To:** Cindy O'Connor <cindy@levonhelm.com>; Christy Newman <christy@levonhelm.com>; Jenn Van Steenburg <jenn@levonhelm.com>
**Subject:** Debts owed

Good morning, can we make a list of companies owed (this does not include artists, this is anything related to the building from electric to spectrum etc.)

And list as:

Company
Account number
Amount owed
Date of account being closed if not paid
Adress for check


This will be sent to Sandy & her lawyer immediately

Also:

Can we have a clear number of the amount that is owed now, and will be owed for bands coming in? And then a third number that reflects payroll amounts.

After speaking to Christy last night, it seems clear that I either have to find a loan from somewhere or declare bankruptcy.

In order to do either action,  we need really clear numbers.

We are putting more rambles on sale but of course as we know, this only creates a Band-Aid (if each show at LHS only yields up to $3000 profit,  These are generally rambles, that is not a solution for what sounds like an 85 to 100 K debt)

Let's try to have a conversation later today. I've included Jenn and Christy on the email with you Cindy so that they can help compile things and not overwhelm you

Thank you and let's speak later if we can