**Levon Helm Studios, Inc.**
160 Plochmann Lane, Woodstock, NY 12498
**Via First-Class Mail and Email**

June 6, 2025

To: Amy Helm
P.O. Box 426,
Bearsville, NY 12409
amylouhelm@gmail.com

**Re: Notice of Corporate Action Taken by Written Consent of Shareholders Pursuant to NYBCL § 615**

Dear Amy Helm,

This letter is to provide you with prompt notice, pursuant to Section 615(c) of the New York Business Corporation Law, that the shareholders of Levon Helm Studios, Inc., a New York corporation (the "Company"), holding not less than the required majority of voting shares, have taken corporate action by written consent without a meeting, effective as of June 6, 2025.

The following actions were duly approved by the consenting shareholders:

1. Removal of Amy Helm as a member of the Board of Directors of the Company.

2. Amendment of the By-Laws of the Company to reduce the number of required directors from two (2) to one (1).
3. Engagement of a certified public accountant to render accounting services to the Company and to among other things audit the financial books and records of the Company

These actions were taken in compliance with the Company's By-Laws and applicable provisions of the New York Business Corporation Law.

If you have any questions regarding this notice or wish to request copies of the written consents, please contact the Company at the address above.

Sincerely,

DocuSigned by:

*Sandra W. Helm*
780A6328703E4B2...

Sandra Helm
Director
Levon Helm Studios, Inc.

**ACTIONS BY WRITTEN CONSENT**
**BY THE SHAREHOLDERS OF**
**Levon Helm Studios, Inc.**
a New York Corporation

**June 6, 2025**

Pursuant to the Bylaws of Levon Helm Studios, Inc., a New York corporation (the "**Company**"), and Section 615 of the New York Business Corporation Law, the undersigned, constituting the holders of outstanding voting stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted (the "**Shareholders**"), hereby take the following actions and adopt the following resolutions by written consent without the formality of convening a meeting.

1.      <u>**Approval of the Removal of Amy Helm as a Director of the Company**</u>

**WHEREAS**, Amy Helm is currently serving as a member of the Board of Directors of Company, and the Shareholders have found that it is in Company's best interest to remove Amy Helm as a director of Company;

**RESOLVED**, that Amy Helm is hereby removed as a member of the Board of Directors effective immediately.

2.      <u>**Amendment of By-Laws to Decrease Number of Directors**</u>

**WHEREAS**, the current By-Laws of the Company, as amended by the minutes of the Shareholders Meeting dated as of March 31, 2022, provide for a minimum of two (2) directors, and the Shareholders desire to reduce the number of required directors to one (1);

**RESOLVED**, that the By-Laws of the Company are hereby amended to provide that the Board of Directors shall consist of one (1) director, unless and until changed in accordance with the By-Laws and applicable law.

**3. <u>Engagement of Accountant</u>**

**WHEREAS**, the Shareholders desire to retain an independent certified public accountant to render accounting services to the Company and to among other things audit the financial books and records of the Company;

**RESOLVED,** that the Company shall engage a qualified independent accountant for the purpose of performing accounting services and to among other things conduct a financial audit, and Sandy Helm is authorized and directed to take all steps necessary to identify, retain, and contract with such accountant on terms they deem advisable.

*Signatures on Following Page*

1

The undersigned holders of capital stock of the Company do hereby consent to and approve the adoption of the foregoing resolutions effective as of the date upon the latest date corresponding to the signature below, and with respect to all shares of the Company's capital stock held of record or beneficially by such holder.  This action may be signed in any number of counterparts, each of which shall be deemed an original and all of which shall constitute one instrument.

BY: SANDRA HELM
SHARES: 80
PERCENTAGE: 40%
DATE: 6/6/2025

BY: BARBARA O'BRIEN
SHARES: 20
PERCENTAGE: 10%
DATE: 6/6/2025

BY: BRIAN PARILLO
SHARES: 20
PERCENTAGE: 10%
DATE: 6/6/2025

2

**ACTIONS BY WRITTEN CONSENT
IN LIEU OF SPECIAL MEETING
BY THE BOARD OF DIRECTORS OF
Levon Helm Studios, Inc.**
a New York Corporation

**June 6, 2025**

The undersigned, constituting the sole member of the board of directors (the "**Board**") of Levon Helm Studios, Inc., a New York corporation (the "**Company**"), in lieu of holding a meeting of the Board, hereby consent to the taking of the actions set forth herein, and the approval and adoption of the following resolutions by this unanimous written consent ("**Written Consent**") pursuant to Section 708 of the New York Business Corporation Law:

**1.     Removal of Amy Helm as President**

**WHEREAS**, Amy Helm is currently serving as president of the Company, and the Board has found that it is in the Company's best interest to remove Amy Helm as the president and appoint Sandra Helm as president of the Company;

**RESOLVED**, that Amy Helm is hereby removed as president of the Company, effective immediately.

**2.     Appointment of Sandy Helm as President, Secretary, and Treasurer**

**RESOLVED**, that Sandra Helm is hereby appointed as president of the Company to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until her earlier resignation or removal. During her term of office she shall have the authority to perform the following duties: to manage the business and affairs of the Company, with the specific powers to engage employees and to fix their compensation and other terms of employment, to hire attorneys, accountants and other independent contractors, to purchase goods, to sell goods and property in the ordinary course of business, to enter into contracts in the ordinary course of business of the Company, to open and maintain bank accounts, to sign checks, to borrow money, to enter into leases, to institute litigation on behalf of the Company, and such other duties in the management of the Company as may be required by the bylaws or a resolution of the Board of Directors.

**RESOLVED**, that any corporate actions falling outside the scope of the president's authority as set forth above, such as the issuance of equity, mergers or acquisitions, amendment of the Company's governing documents, or any extraordinary corporate transactions, shall remain subject to the authority of the Board and/or the shareholders as provided by law, the Company's Certificate of Incorporation, or the By-Laws.

**RESOLVED**, that Sandra Helm is hereby appointed to be the secretary of the Company

1

to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until her earlier resignation or removal. During her term of office, she shall have authority and perform the following duties: to keep and certify the books and records of the Company, to send and receive notices, to sign certificates and such other duties in the management of the Company as may be required by the By-Laws or a resolution of the Board;

**RESOLVED**, that Sandra Helm is appointed to be the treasurer of the Company to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until her earlier resignation or removal. During her term of office, she shall have authority and perform the following duties: to supervise the day-to-day financial affairs of the Company, to maintain its financial records, as authorized by separate resolution of the Board, to sign checks, notes and other commercial paper, and such other duties in the management of the corporation as may be required by the bylaws or a resolution of the board of directors.

**RESOLVED**, that Barbara O'Brien is hereby appointed to serve as assistant treasurer of the Company, to hold office until the meeting of the Board of Directors following the next annual meeting of the shareholders, or until her earlier resignation or removal. During her term of office, the assistant treasurer shall have the limited authority to sign checks on behalf of the Company, as may be authorized in accordance with the Company's banking resolutions, and shall perform no other duties except as may be specifically delegated by the Treasurer or by resolution of the Board of Directors.

### 3.    Omnibus Resolution

**RESOLVED**, that the officers of the Company are hereby authorized and directed to execute all documents and take whatever action is deemed necessary or advisable to carry out and perform the obligations of the Company as set forth in these resolutions.

This Action by Written Consent of the Board of Directors shall be filed with the minutes of the proceedings of the Board of Directors and shall be effective as of the date first written above.

DocuSigned by:

*Sandra W. Helm*

780A6328703E4B2...

SANDRA HELM

2