**Levon Helm Studios, Inc.**
160 Plochmann Lane, Woodstock, NY 12498
**Via First-Class Mail and Email**

May 27, 2026

To: Amy Helm
P.O. Box 426
Bearsville, NY 12409
amylouhelm@gmail.com

**Re:**   **Notice of Corporate Action Taken by Written Consent of Shareholders Pursuant to NYBCL § 615.**

Dear Amy:

This letter is to provide you with prompt notice, pursuant to Section 615(c) of the New York Business Corporation Law, that the shareholders of Levon Helm Studios, Inc., a New York corporation (the "**Company**"), holding not less than the required majority of voting shares, have taken corporate action by written consent of a meeting, effective as of May 26, 2026.

The following actions were duly approved by the consenting shareholders:

1.   Removal of Sandra Helm as the sole member of the Board of Directors of the Company.

2.   Appointment of Brian Parillo as the sole member of the Board of Directors of the Company.

The foregoing actions were taken in compliance with the Company's By-Laws and applicable provisions of the New York Business Corporation Law.

If you have any questions regarding this notice or wish to request copies of the written consent, please contact the Company at the address above.

Sincerely,

Signed by:

2520B30E40FC453...

Brian Parillo
Director
Levon Helm Studios, Inc.

**ACTIONS BY WRITTEN CONSENT**
**BY THE SHAREHOLDERS OF**
**Levon Helm Studios, Inc.**
a New York corporation

**May 26, 2026**

Pursuant to the Bylaws of Levon Helm Studios, Inc., a New York corporation (the "**Company**"), and Section 615 of the New York Business Corporation Law, the undersigned, constituting the holders of outstanding voting stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted (the "**Shareholders**"), hereby take the following actions and adopt the following resolutions by written consent without the formality of convening a meeting.

**<u>Removal and Replacement of Sandra Helm as a Director of the Company</u>**.

**WHEREAS**, Sandra Helm is currently serving as the sole member of the Board of Directors of the Company, and the Shareholders have found that it is in the Company's best interest to remove Sandra Helm as a director of the Company and to replace her with Brian Parillo;

**RESOLVED**, that Sandra Helm is hereby removed as a member of the Board of Directors and Brian Parillo is elected to serve as the sole member of the Board of Directors until the earlier of his resignation or removal, effectively immediately.

*Signatures on Following Page*

Docusign Envelope ID: 52AECB70-0580-87F4-81C3-8D4548C520EB

The undersigned holders of capital stock of the Company do hereby consent to and approve the adoption of the foregoing resolutions effective as of the date upon the latest date corresponding to the signature below, and with respect to all shares of the Company's capital stock held of record or beneficially by such holder. This action may be signed in any number of counterparts, each of which shall be deemed an original and all of which shall constitute one instrument.

DocuSigned by:

*Sandra W. Helm*
780A6328703E4B2...

BY: SANDRA HELM
SHARES: 80
PERCENTAGE: 40%
DATE: 5/25/2026

Signed by:

*Barbara O'Brien*
C6A08A0EB4034D0...

BY: BARBARA O'BRIEN
SHARES: 20
PERCENTAGE: 10%
DATE: 5/25/2026

Signed by:

2520B30E40FC453...

BY: BRIAN PARILLO
SHARES: 20
PERCENTAGE: 10%
DATE: 5/25/2026

2

**ACTIONS BY WRITTEN CONSENT**
**IN LEIU OF SPECIAL MEETING**
**BY THE BOARD OF DIRECTORS OF**
**Levon Helm Studios, Inc.**
a New York corporation

**May 26, 2026**

The undersigned, constituting the sole member of the board of directors (the "**Board**") of Levon Helm Studios, Inc., a New York corporation (the "**Company**"), in lieu of holding a meeting of the Board, hereby consent to the taking of the actions set forth herein, and the approval and adoption of the following resolutions by this unanimous written consent ("**Written Consent**") pursuant to Section 708 of the New York Business Corporation Law:

1.      **Appointment of Brian Parillo as President, Secretary and Treasurer**

**RESOLVED**, that Brian Parillo is hereby appointed as president of the Company to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until his earlier resignation or removal. During his term of office he shall have the authority to perform the following duties: to manage the business and affairs of the Company, with the specific powers to engage employees and to fix their compensation and other terms of employment, to hire attorneys, accountants and other independent contractors, to purchase goods, to sell goods and property in the ordinary course of business, to enter into contracts in the ordinary course of business of the Company, to open and maintain bank accounts, to sign checks, to borrow money, to enter into leases, to institute litigation on behalf of the Company, and such other duties in the management of the Company as may be required by the bylaws or a resolution of the Board of Directors.

**RESOLVED**, that any corporate actions falling outside the scope of the president's authority as set forth above, such as the issuance of equity, mergers or acquisitions, amendment of the Company's governing documents, or any extraordinary corporate transactions, shall remain subject to the authority of the Board and/or the shareholders as provided by law, the Company's Certificate of Incorporation, or the By-Laws.

**RESOLVED**, that Brian Parillo is hereby appointed to be the secretary of the Company to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until his earlier resignation or removal. During his term of office, he shall have authority and perform the following duties: to keep and certify the books and records of the Company, to send and receive notices, to sign certificates and such other duties in the management of the Company as may be required by the By-Laws or a resolution of the Board;

**RESOLVED**, that Brian Parillo is appointed to be the treasurer of the Company to hold office until the meeting of the Board following the next annual meeting of the shareholders, or until his earlier resignation or removal. During his term of office, he shall have authority and perform the following duties: to supervise the day-to-day financial affairs of the Company, to maintain its financial records, as authorized by separate resolution of the Board, to sign checks, notes and other commercial paper, and such other duties in the management of the corporation as may be required by the bylaws or a resolution of the board of directors.

**RESOLVED**, that any individual other than Brian Parillo serving as an officer of the Company prior to this Written Consent is hereby removed, it being acknowledged that Amy Helm was removed as an officer of the Company on June 6, 2025, and that no one besides Brian Parillo or a person duly authorized to act on behalf of the Company shall have the authority to act behalf of the Company or to use or possess any of its assets.

**2.     Omnibus Resolution**

**RESOLVED**, that the officers of the Company are hereby authorized and directed to execute all documents and take whatever action is deemed necessary or advisable to carry out and perform the obligations of the Company as set forth in these resolutions.

This Written Consent shall be filed with the minutes of the proceedings of the Board and shall be effective as of the date first written above.

Signed by:

2520B30E40FC453...

BRIAN PARILLO