**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEVON HELM STUDIOS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMY HELM, GEORGE GILBERT, ESQ., FRANCIS FLYNN, CPA, THE HELM FAMILY MIDNIGHT RAMBLE LLC, LORI PETERS, SHARON FLETCHER, ESQ., CHRISTY NEWMAN, AND JENN VAN STEENBURG<br><br>Defendants. | Case No.: 1:26-CV-01540-MAD-PJE |

**LEVON HELM STUDIOS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Procedure 7.1, Plaintiff Levon Helm Studio, Inc. ("LHS"), by and through undersigned counsel, states as follows:

1. LHS is a non-governmental corporate party, incorporated under the laws of the State of New York and with a principal place of business in Woodstock, New York. It has no parent corporation, and no publicly held corporation owns more than 10% or more of its shares.

2. The court's jurisdiction in this case is not based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d).

Dated: August 11, 2026

Respectfully submitted,

*/s/ Peter Luccarelli*
Peter A. Luccarelli
peter@brightpoint.law
Brightpoint Law, LLP
1059 Broadway, Rear
Woodmere, NY 11598
(917) 310-4822
*Counsel for Plaintiff*