BRIGHTPOINT LAW

1059 Broadway, Rear
Woodmere, NY 11598

November 5, 2026

**VIA ECF**:

Hon. Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Re: Levon Helm Studios, Inc. v. Amy Helm et al.**
**Index No. 1:26-cv-1540**

Dear Judge D'Agostino:

Plaintiff Levon Helm Studios, Inc. ("LHS"), on behalf of and with the consent of all parties in this action, respectfully submits this letter requesting leave to file a joint motion for a short stay of up to 90 days in this matter, with a status report at that time.

On October 19, 2026, counsel for Defendants Amy Helm, George Gilbert, The Helm Family Midnight Ramble LLC ("THFMR"), Lori Peters, Christy Newman, and Jenn Van Steenburg requested leave of Court to move for a stay in this matter in light of related pending proceedings in New York Supreme Court and Surrogate's Court, including the hope of reviving a prior tentative settlement in the estate matter, with a status update in 90 days (Dkt. No. 28). Counsel advised that a settlement in that estate action could resolve some or all of the claims in this action, and reiterated the same to the undersigned on a call later that week. Separately, on November 4, 2026, the undersigned spoke with counsel for the Ulster County Commissioner of Finance in his capacity as Public Administrator for the Estate of Levon Helm, who advised that an anticipated mediation in the estate proceeding may resolve claims related to this action.

Given the current posture of the case, the upcoming mediation in the surrogate's court matter, and belief by counsel familiar with the action that the mediation holds the potential to either

fully or partially resolve the issues presented in this case, the parties respectfully request the Court's leave to file a motion requesting a short stay in this action, thereby staying the deadline set forth in the Court's October 21, 2026 Text Order for Defendants to file their Motions to Dismiss (currently to be filed by November 20, 2026), and to all related response deadlines, and thereby allow the parties to avoid the time and expense of the forthcoming motion practice while these settlement efforts play out. The parties further request that should the settlement efforts be unsuccessful, upon expiration of the stay, the Court reset the deadlines for the Defendants' filing of their respective Motions to Dismiss.

We thank the Court for its consideration of the issues raised herein.

Respectfully submitted,

*/s/ Peter Luccarelli*

Peter A. Luccarelli
peter@brightpoint.law
Brightpoint Law, LLP
1059 Broadway, Rear
Woodmere, NY 11598
(917) 310-4822
*Counsel for Plaintiff*

cc: all counsel of record (via PACER)